IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH LAUFER,

*Plaintiff,*

v.

OMSHIVA HOSPITALITY LLC,

*Defendant.*

Civil Action No. 2:20-cv-1731

Hon. William S. Stickman IV

## ORDER OF COURT

The Clerk of Court entered Default in this matter on December 22, 2020, and the Court granted Plaintiff Deborah Laufer's Motion for Default Judgment on June 28, 2021. (ECF Nos. 5 and 8). On July 8, 2021, Plaintiff Deborah Laufer filed a Motion for Attorney Fees, Costs, Expert Fees and Litigation Expenses with Memorandum of Law in Support. (ECF No. 10). On August 9, 2021, the Court entered a Scheduling Order setting July 23, 2021, as the deadline for any response to the motion. (ECF No. 13).

AND NOW, this 17th day of August 2021, no response to the motion having been filed and after a Videoconference Motion Hearing on August 17, 2021, at which Defendant Omshiva Hospitality LLC failed to appear, IT IS HEREBY ORDERED that Plaintiff Deborah Laufer's Motion for Attorney Fees, Costs, Expert Fees and Litigation Expenses (ECF No. 10) is GRANTED for attorney fees in the amount of $5,652.50, filing fees in the amount of $400.00, expert witness fees in the amount of $650.00, reinspection fees in the amount of $650.00, and process server fees in the amount of $140.00. Thus, Plaintiff Deborah Laufer is awarded a total amount of $7,492.50 for attorney fees, expenses and costs incurred.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE