IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Deborah Laufer )
)
v. )
) Civil Action No.
Omshiva Hospitality LLC ) 2:20-CV-01731-WSS
)

### WRIT OF EXECUTION

UNITED STATES OF AMERICA:
WESTERN DISTRICT OF PENNSYLVANIA:

To the United States Marshal of the Western District of
Pennsylvania:
To satisfy the judgment, interest and costs against __Omshiva Hospitality LLC__

Defendant:
  (1) You are directed to levy upon the property of the defendant to sell his interest therein;
  (2) You are also directed to attach the property of the defendant not levied upon the in possession of __The Inn at Mountain View__ __300 Scenery Lane, Greensburg, PA 15601__ as garnishee, and to notify the garnishee that
      (a) an attachment has been issued;
      (b) The garnishee is enjoined from paying any debt to or for the account of the defendant and delivering any property of the defendant or otherwise disposing thereof,
  (3) If property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount due          $ 7492.50
Interest from       $ TBD
Costs               $ TBD
Plus costs of
service of writ
of execution

                                   _____
                                   Clerk

DATED:

                                   _____
                                   DEPUTY CLERK

Scanned with CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Plaintiff Deborah Laufer )
)
vs. )
Defendant Omshiva Hospitality LLC )   Civil Action No.
)   Misc. 2:20-cv-01731-WSS
vs. )
)
Garnishees )

### INTERROGATORIES TO GARNISHEE

TO: (GARNISHEE)

YOU ARE REQUIRED TO FILE ANSWERS UNDER OATH TO THE FOLLOWING INTERROGATORIES WITHIN THIRTY DAYS AFTER SERVICE UPON YOU. FAILURE TO DO SO MAY RESULT IN JUDGMENT AGAINST YOU.

1. At the time you were served or at any subsequent time, has the Defendant, either individually or jointly with any other party, maintained a checking, savings, commercial or other type of account at your institution either as owner, agent, maker or in any other capacity?

2. If the answer to Interrogatory No. 1 is "yes", state for each account:

    (a) Name in which such was maintained;

    (b) Names and addresses of all persons or entities having an interest therein;

    (c) Names and addresses of all persons or entities authorized to draw thereon;

    (d) Account Number;

    (e) Location of office where account maintained;

    (f) Date opened;

    (g) Dollar amount therein on date of service;

    (h) Date and amount of each deposit or withdrawal therefrom after the date of service.

Scanned with CamScanner

3. At the time you were served or at any subsequent time, did you have in your possession, custody or control (as fiduciary, trustee or otherwise) any property, tangible or intangible, in which the Defendant had any interest whatsoever, including but not limited to, trust accounts, certificates of deposit, pledges, promissory notes, etc.

4. If the answer to Interrogatory No. 3 is "yes", state:

   (a) Brief description thereof;

   (b) Location thereof;

   (c) Date that you received same;

   (d) Dollar amount or value thereof;

   (e) Terms upon which the property is being held;

   (f) Names and addresses of all persons, entities or companies having an interest therein.

5. At the time you were served or at any subsequent time, did you have a security interest in any property in which the Defendant had an interest either individually or jointly with any other party or were you holding any document of title or other collateral of any land as security for any loan or time purchase transaction in which your institution was a party.

6. If the answer to No. 5 is "yes", state for each loan:

   (a) Names and addresses of parties thereto;

   (b) Original loan amount and present balance owed;

   (c) Amount of monthly payments and whether current;

   (d) With regard to the collateral for such loan, the names and addresses of the owners thereof, a brief description thereof and the dollar amount or value thereof.

BY: _____
ATTORNEYS FOR PLAINTIFF

Scanned with CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Deborah Laufer

vs.

Omshiva Hospitality LLC

Civil Action No.
Misc. 2:20-CV-01731-WSS

### PRAECIPE FOR WRIT OF EXECUTION

TO: Clerk, U.S. District Court

Please issue a Writ of Execution in the above matter;

1. against Omshiva Hospitality LLC

2. and index this Writ:
   a. against Omshiva Hospitality LLC

3. Amount Due: $7,492.50
   Service Costs: $TBD

   Clerk of U.S. District Court:

   Total Due:

BY: _____
ATTORNEYS FOR PLAINTIFF

Scanned with CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Deborah Laufer )
 )
v. )
 ) Civil Action No. 2:20-CV-01731-WSS
Onshiva Hospitality LLC )
 )
 )

## MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS

Pursuant to Rule 4(c), Federal Rules of Civil Procedure, the plaintiff(s) in the above-captioned civil action hereby move(s) this Court to specially appoint __USMS__ to serve the __Writ of Execution__ upon __Defendant__ in this action, and represent(s) that
1. Said person is competent and not less than eighteen (18) years of age.
2. Said person is not and will not be a party to this action.
3. Granting the instant motion will effect substantial savings in time and/or travel fees of the United States Marshal.

_Tristan Gillespie_
ATTORNEY FOR PLAINTIFF(S)

## ORDER

AND NOW, to wit, this ___ day of _____, 20___, IT IS ORDERED that _____ _____ be and the same specially appointed to serve the _____, upon _____ ____ in this action.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(g), Federal Rules of Civil Procedure.

FOR THE COURT:

ROBERT V. BARTH, JR., CLERK

_____
DEPUTY CLERK

Scanned with CamScanner